# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Roberto Chaidez

V.

A. Johnson, State of California Superior Court, Sandra L. Berry, District Attorney, J N Chanlis, D McDonald, Marcia M. Taylor, Richard J. Hanscom, George W. Clarke, Roberto Hernandez, Carol Williams, State of California Parole Services Agency, Santos Sanchez, State of California, California Board of Prison Terms, California Department of Corrections and Rehabilitation

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07CV0891 LAB (JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Request for Rehearing is denied and Plaintiff's First Amended Complaint is dismissed as frivolous pursuant to 28 U.S.C. 1915(e)(2)(B)(I). Because it does not appear "at all possible that the plaintiff can correct the defect(s)" of his pleading, further leave to amend is denied as futile. Plaintiff's Request for Injunction/State is denied as moot....

| December 19, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/A. Everill
(By) Deputy Clerk
ENTERED ON December 19, 2007

07CV0891 LAB (JMA)